IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMERICA 2030 CAPITAL LLC<br><br>Plaintiff,<br><br>v.<br><br>SUNPOWER GROUP LTD, GE CUIPING, CHEN KAI, JIANG NING, LAU PING SUM (AKA "PEARCE"), THE EDGE MEDIA GROUP PTE LTD, TONG KOOI ONG, PC LEE, MICHELLE ZHU, DCP CAPITAL PARTNERS L.P., HAIFENG DAVID LIU, CDH INVESTMENT ADVISORY PTE LTD, HUANG YAN, LI GANG, YING WEI, SONG XIAOMING, FRANCIS HO, GUO LI, WILLIAM HSU, UOB KAY HIAN PTE LTD, UNITED OVERSEAS BANK LIMITED,<br><br>Defendants. | Case No.: 1:19-cv-04136-WMR |

**DEFENDANT CDH INVESTMENT ADVISORY PTE LTD'S CONSENTED TO MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT[1]**

Undersigned counsel represents Defendant CDH Investment Advisory Pte Ltd ("CDH").  CDH was served on August 16, 2019, and removed this case to

---

[1] The Complaint, ECF No. 1-2, includes misnomers of the following Defendants: CDH Investment Advisory Pte Ltd (named in the Complaint as "CDH

federal court on September 13, 2019.  *See generally* Doc. 1.  Because it removed the case to federal court, CDH's deadline to respond to the Complaint is this Friday, September 20, 2019.  *See* Fed. R. Civ. P. 81(c)(2)(C).  CDH needs additional time to gather and review information needed in order to respond.  In addition, CDH is located in Singapore, which is twelve hours ahead of Atlanta, which complicates counsel's ability to effectively and timely communicate with CDH's representatives.  CDH therefore requests a 30-day extension of its time to respond to the Complaint.  No prior request for an extension of time has been made.

Counsel for CDH also represents several—but not all—of the other Defendants named in the Complaint.[2]  These Defendants are all foreign nationals or foreign companies.  In addition, there are other Defendants in this action that are not represented by the undersigned counsel who also may need additional time to respond to the Complaint, given the shortening of the response time due to the

---

Investments"); Francis Ho (named in the Complaint as "Hu Ning"); Ge Cuiping (named in the Complaint as "Ge Cui Xin"); Haifeng David Liu (named in the Complaint as "David Lu"); and DCP Capital Partners L.P. (named in the Complaint as "DCP Capital Partners").

[2] In addition to CDH, the undersigned counsel represent Sunpower Group Ltd, Ge Cuiping, Chen Kai, Jiang Ning, Lau Ping Sum, DCP Capital Partners, L.P., Haifeng David Liu, Huang Yan, Li Gang, Ying Wei, Song Xiaoming, Francis Ho, Guo Li, and William Hsu.

removal.  *Compare* Fed. R. Civ P. 81(c) (providing at least seven days from the date of removal to answer or otherwise respond to the complaint) *with* O.C.G.A. § 9-11-4(h) (providing 30 days from the filing of affidavits of service to answer or otherwise respond to the complaint).[3]  In the interests of justice and judicial efficiency, CDH asks that the Court grant a 30-day extension of the time for ***all*** defendants to answer or otherwise respond to the Complaint as they may choose.

In conclusion, CDH requests the following: (1) that this Court grant a 30-day extension of CDH's deadline to answer or otherwise respond to the Complaint, which would extend CDH's deadline from September 20, 2019, through October 21, 2019; and (2) that this Court set October 21, 2019 as the date by which the other Defendants besides CDH may answer or otherwise respond to the Complaint as they may choose.  Plaintiff's counsel has indicated that he consents to these requests.

A proposed Order is attached for the Court's consideration.

Submitted this 19th day of September, 2019.

>  */s/ Richard H. Sinkfield*
>  Richard H. Sinkfield
>  Georgia Bar No. 649100
>  Dan F. Laney

---

[3] When this case was removed on Friday, September 13, Plaintiff America 2030 had not filed any affidavits of service in the Cobb County action.  After removal, on Monday, September 16, Plaintiff filed eighteen affidavits of service.

Georgia Bar No. 435290
Catherine Bennett
Georgia Bar No. 050525
Cameron B. Roberts
Georgia Bar No. 599839
ROGERS & HARDIN LLP
2700 International Tower, Peachtree Center
229 Peachtree Street, N.E.
Atlanta, Georgia  30303
Telephone:  (404) 522-4700
rsinkfield@rh-law.com
dlaney@rh-law.com
cbennett@rh-law.com
croberts@rh-law.com

*Counsel for Defendants CDH Investment Advisory Pte Ltd, Sunpower Group Ltd, Ge Cuiping, Chen Kai, Jiang Ning, Lau Ping Sum, DCP Capital Partners, L.P., Haifeng David Liu, Huang Yan, Li Gang, Ying Wei, Song Xiaoming, Francis Ho, Guo Li, and William Hsu*

## CERTIFICATE OF COMPLIANCE

I certify that this document complies with the font and formatting requirements of Local Rules 5.1C and 7.1D.

*/s/ Richard H. Sinkfield*
Richard H. Sinkfield
Georgia Bar No. 649100
Dan F. Laney
Georgia Bar No. 435290
Catherine Bennett
Georgia Bar No. 050525
Cameron B. Roberts
Georgia Bar No. 599839
ROGERS & HARDIN LLP
2700 International Tower, Peachtree Center
229 Peachtree Street, N.E.
Atlanta, Georgia  30303
Telephone:  (404) 522-4700
rsinkfield@rh-law.com
dlaney@rh-law.com
cbennett@rh-law.com
croberts@rh-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2019, I have this day served the foregoing through the Court's CM/ECF system, which will automatically notify all counsel of record, and by placing a copy of it in the United States mail addressed to:

>Timothy F. Coen
>TFCoen Law Firm LLC
>1000 Davis Drive
>Atlanta, Georgia 30327

>*/s/ Richard H. Sinkfield*
>Richard H. Sinkfield
>Georgia Bar No. 649100
>Dan F. Laney
>Georgia Bar No. 435290
>Catherine Bennett
>Georgia Bar No. 050525
>Cameron B. Roberts
>Georgia Bar No. 599839
>ROGERS & HARDIN LLP
>2700 International Tower, Peachtree Center
>229 Peachtree Street, N.E.
>Atlanta, Georgia  30303
>Telephone:  (404) 522-4700
>rsinkfield@rh-law.com
>dlaney@rh-law.com
>cbennett@rh-law.com
>croberts@rh-law.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AMERICA 2030 CAPITAL LLC<br><br>Plaintiff,<br><br>v.<br><br>SUNPOWER GROUP LTD, GE CUIPING, CHEN KAI, JIANG NING, LAU PING SUM (AKA "PEARCE"), THE EDGE MEDIA GROUP PTE LTD, TONG KOOI ONG, PC LEE, MICHELLE ZHU, DCP CAPITAL PARTNERS L.P., HAIFENG DAVID LIU, CDH INVESTMENT ADVISORY PTE LTD, HUANG YAN, LI GANG, YING WEI, SONG XIAMING, FRANCIS HO, GUO LI, WILLIAM HSU, UOB KAY HIAN PTE LTD, UNITED OVERSEAS BANK LIMITED,<br><br>Defendants. | Case No.: 1:19-cv-04136-WMR |

## **[PROPOSED] ORDER**

Upon consent of the parties, it is hereby ORDERED: (1) that CDH's deadline to answer or otherwise respond to the Complaint is extended through and including

October 21, 2019; and (2) that the other Defendants may answer or otherwise respond to the Complaint by October 21, 2019, as they may choose.

SO ORDERED this _____ day of September, 2019.

                                          WILLIAM M. RAY, II
                                          UNITED STATES DISTRICT JUDGE

| Consented to by: | Consented to by: |
|---|---|
| */s/ Timothy F. Coen* | */s/ Richard H. Sinkfield* |
| Timothy F. Coen | Richard H. Sinkfield |
| TFCoen Law Firm LLC | Georgia Bar No. 649100 |
| 1000 Davis Drive | *Counsel for Defendants CDH Investment Advisory Pte Ltd, Sunpower Group Ltd, Ge Cuiping, Chen Kai, Jiang Ning, Lau Ping Sum, DCP Capital Partners, L.P., Haifeng David Liu, Huang Yan, Li Gang, Ying Wei, Song Xiaoming, Francis Ho, Guo Li, and William Hsu* |
| Atlanta, Georgia 30327 | |
| | |
| *Counsel for Plaintiff* | |
| Signed with express permission by Richard H. Sinkfield | |