## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| AMERICA 2030 CAPITAL LLC<br><br>　　　Plaintiff,<br><br>v.<br><br>SUNPOWER GROUP LTD, GE CUIPING, CHEN KAI, JIANG NING, LAU PING SUM (AKA "PEARCE"), THE EDGE MEDIA GROUP PTE LTD, TONG KOOI ONG, PC LEE, MICHELLE ZHU, DCP CAPITAL PARTNERS L.P., HAIFENG DAVID LIU, CDH INVESTMENT ADVISORY PTE LTD, HUANG YAN, LI GANG, YING WEI, SONG XIAMING, FRANCIS HO, GUO LI, WILLIAM HSU, UOB KAY HIAN PTE LTD, UNITED OVERSEAS BANK LIMITED,<br><br>　　　Defendants. | Case No.: 1:19-cv-04136-WMR |

## **ORDER**

Upon consent of the parties, it is hereby ORDERED: (1) that CDH's deadline to answer or otherwise respond to the Complaint is extended through and including

October 21, 2019; and (2) that the other Defendants may answer or otherwise respond to the Complaint by October 21, 2019, as they may choose.

SO ORDERED this 20th day of September, 2019.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE

Consented to by:

*/s/ Timothy F. Coen*
Timothy F. Coen
TFCoen Law Firm LLC
1000 Davis Drive
Atlanta, Georgia 30327

*Counsel for Plaintiff*
Signed with express permission by
Richard H. Sinkfield

Consented to by:

*/s/ Richard H. Sinkfield*
Richard H. Sinkfield
Georgia Bar No. 649100
*Counsel for Defendants CDH Investment Advisory Pte Ltd, Sunpower Group Ltd, Ge Cuiping, Chen Kai, Jiang Ning, Lau Ping Sum, DCP Capital Partners, L.P., Haifeng David Liu, Huang Yan, Li Gang, Ying Wei, Song Xiaoming, Francis Ho, Guo Li, and William Hsu*